**FILED**

**July 26, 2010**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002803889

Total pages: 2

JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

JEFFREY L. MAXWELL,

            Debtor(s).                    /

Case No.  09-61525-A-7

DC No.   JES-1

**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY**

Date:      September 1, 2010
Time:      9:00 a.m.
Dept:      A

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1.    He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2.    The above-captioned case was filed under Chapter 7 on 9/25/2009.

3.    This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a).  This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A).   This motion is brought pursuant to 11 U.S.C. §363.

4.    Among the assets of this estate are: **Houseboat and mooring located at Lake McClure Marina in La Grange, California, bearing Vessel No. CF 3878 SD, for a net amount to the estate of $10,000**

($24,720 fair market value, with a claimed exemption of $14,720, no liens/encumbrances of record known).

5. The trustee has obtained an offer from Jeffrey Maxwell, debtor and Terry Davenport, co-owner of the boat, to purchase said asset(s), for the total sum of $24,720 less a valid exemption of $14,720, for net cash to the estate of $10,000. Funds have been received by the estate and are awaiting court approval.

6. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

7. The property is to be sold subject to liens and encumbrances of record, of which there are none known.

8. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Jeffrey Maxwell, debtor & Terry Davenport, co-owner.

DATED: _____7/23/10_____          _____

JAMES E. SALVEN,
Movant

-2-